[No. 22105-5-II.     Division Two.     April 16, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGEY
SERGEYVICH SPITSYN, *Appellant*.

Appeal from a judgment of the Superior Court for Clark

County, No. 96-1-01363-3, James D. Ladley, J., entered June 5, 1997. *Affirmed* by unpublished opinion per Bridgewater, C.J., concurred in by Morgan and Seinfeld, JJ.